UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AZIZ FETINCI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAYCO LOGISTICS, LLC, et al.,<br><br>    Defendants. | Case No. 23-11720<br><br>Honorable Robert J. White |

**ORDER REQURING DEFENDANTS TO COMPLY WITH LOCAL RULE 11.2 AND SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED**

On August 5, 2024, Defendants' attorneys filed a motion to withdraw as counsel in this case, citing several reasons, including Defendants' supposed refusal to pay for their legal services rendered and an overall "disintegration of the attorney-client relationship." ECF No. 33, PageID.419. The Court held a hearing on the motion on September 30, 2024 and granted it by written order on October 9, 2024. In that order, the Court scheduled a remote status conference with the Parties a few weeks out and required, among other things, that "communications with Defendants … be directed to [Defendant] Ray Laamari" at a certain phone number, email address, and mailing address provided by his now-withdrawn counsel; and that

"Defendants shall retain new counsel" by November 8, 2024. ECF No. 42, PageID.453-454.

On November 26, 2024, the Court held the scheduled status conference. In attendance were Plaintiffs' attorneys and Mr. Laamari. During the conference, Mr. Laamari admitted that he has failed to comply with the Court's order to retain counsel by November 8, 2024, and Plaintiffs' counsel stated that no Defendants—including Mr. Laamari—have been responsive to Plaintiffs' repeated communications directed to them at the contact information provided by Defendants' former counsel. *See* ECF Nos. 33-1 (motion to withdraw), 42 (order). Accordingly:

IT IS HEREBY ORDERED that within **14 days** of this Order, Defendants shall comply with E.D. Mich. LR 11.2, which requires that "every party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case," and "[i]f there is a change in the contact information, that person promptly must file and serve a notice with the new contact information." *See also* Fed. R. Civ. P. 11(a) (requiring filed papers "must be signed … by a party personally if the party is unrepresented" and "state the signer's address, e-mail address, and telephone number"). This notice should be sent to the Clerk of the Court at the following address:

United States District Court,
Clerk's Office

2

>231 Lafayette Boulevard
>Detroit, Michigan 48226

And the notice shall include the following information:

- Defendant's name
- Defendant's new Address
- Defendant's new e-mail address and/or telephone number
- This case number

IT IS FURTHER ORDERED that if Defendants do not timely file a notice indicating their change of address and/or decline to retain counsel, they shall show cause within **14 days** of this Order why they should not be "subject to appropriate sanctions, which may include dismissal, default judgment, and costs." E.D. Mich. LR 11.2.

IT IS FURTHER ORDERED that within **14 days** of this Order, Defendants shall demonstrate that they have retained new counsel through notices of new counsel's appearance on the docket, or else file a notice on the docket indicating that they will be proceeding *pro se* in this case.

IT IS FURTHER ORDERED that within **5 days** of this Order, Plaintiffs must file a certificate of service indicating they served by email and U.S. regular mail a copy of this Order at the addresses Defendants' former counsel provided in their filings in this case, at the addresses Defendants may provide in compliance with this Order, and any other addresses known or suspected to reach Defendants.

4

IT IS FURTHER ORDERED that until Defendants retain counsel to accept service on their behalf, Plaintiffs shall comply with the above service requirement for all copies of their future filings in this case, save the certificates of service themselves.

Dated: November 27, 2024

s/Robert J. White
Robert J. White
United States District Judge