# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AZIZ FETINCI, ARMADA TRUCKING
SERVICES, LLC, MUHAMED FETIC,
EXPRESS LINE LOGISTICS, INC.,　　　　　Case No. 2:23-cv-11720
KENAN HUJDUR, and NIHAD MUSTAFIC,　　Hon. Robert J. White
　　　　　　　　　　　　　　　　　　　　Mag. Kimberly G. Altman

　　　　　Plaintiffs,

-vs-

RAYCO LOGISTICS, LLC, a Michigan
company, BRAVO LOGISTICS, LLC, a
Michigan company, RAY LAAMARI a/k/a
RAHIM LAAMARI a/k/a ABDERRAHIM
LAAMARI, and MIRANDA LAAMARI
a/k/a MIRANDA STOUGH,

　　　　　Defendants.

| HERTZ SCHRAM PC | Ray Laamari, in pro per |
|---|---|
| By:   Steve J. Weiss (P32174) | 35765 Groesbeck Hwy. |
| 　　　 Daniel W. Rucker (P67832) | Clinton Twp, MI 48035 |
| *Attorneys for Plaintiffs* | (586) 610-1123 |
| 1760 S. Telegraph Road, Suite 300 | ray@raycologisticsllc.com |
| Bloomfield Hills, MI  48302 | |
| (248) 335-5000 | |
| sweiss@hertzschram.com | |
| drucker@hertzschram.com | |

## CONSENT JUDGMENT

1

This matter is before the Court upon stipulation of the parties, and the Court being otherwise fully advised on the premises:

WHEREAS, Aziz Fetinci; Armada Trucking Services, LLC; Muhamed Fetic; Express Line Logistics, Inc.; Kenan Hujdur; and Nihad Mustafic ("Plaintiffs") entered into a settlement agreement with Rayco Logistics, LLC; Bravo Logistics, LLC; Ray Laamari *aka* Rahim Laamari *aka* Abderrahim Laamari; and Miranda Laamari *aka* Miranda Stough (together, "Defendants"), resolving their claims associated with the civil action *Fetinci et al. v. Rayco Logistics, LLC, et al.*, Case No. 2:23-cv-11720, filed in the United States District Court for the Eastern District of Michigan (the "Settlement Agreement");

WHEREAS, upon Default under, and after having provided any grace period in accordance with, the Settlement Agreement; the parties having agreed to the form, content, and entry of this Consent Judgment;

IT IS HEREBY ORDERED that an amended judgment is entered in favor of Plaintiffs against Defendants, jointly and severally, in the amount of twenty percent (20%) of the gross value of the property identified below plus $200,000, less any payments made under the Settlement Agreement, plus actual and reasonable attorneys' fees resulting from the Default, which fees may be established fully and completely by an affidavit(s) of counsel.

Property identification:

35795 Groesbeck Hwy., Clinton Township, Macomb County, MI 48035
35765 Groesbeck Hwy., Clinton Township, Macomb County, MI 48035
Approximately 13-acre parcel or group of parcels located on or near the above addresses and including all improvements, facilities, fixtures, and/or equipment upon such property and any proceeds received from such property.

Dated: 06/25/2025

_____
United States District Court Judge
Hon.

The undersigned stipulate to the entry of the above order and consent to both the form and substance of the above order:

_____
Steve J. Weiss (P32174)
Daniel W. Rucker (P67832)
HERTZ SCHRAM PC
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, Michigan 48302
248.335.5000
sweiss@hertzschram.com
drucker@hertzschram.com
*Attorneys for Plaintiffs*

_____
Ray Laamari *aka* Rahim Laamari *aka* Abderrahim Laamari
For himself and all Defendants
35765 Groesbeck Hwy.
Clinton Twp, MI 48035
(586) 610-1123
ray@raycologisticsllc.com

3

_____
Miranda Laamari *aka* Miranda Stough
For herself and all Defendants
35765/35795 Groesbeck Hwy.
Clinton Twp, MI 48035
(586) 580-7010
miranda@bravologisticsllc.com
bravomiranda11@yahoo.com

4